IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| THERESA LOUISE MILLER,<br>    *Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    *Defendant.* | CIVIL ACTION NO. 6:13-CV-00039<br><br>O R D E R<br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and Judge Ballou subsequently filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I ADOPT the Report (docket no. 22) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 17) is GRANTED; Plaintiff's motion for summary judgment (docket no. 21) is DENIED; the Commissioner's final decision in this case is AFFIRMED; and this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

ENTERED this __25th__ day of August, 2014.

                                                                               */s/ Norman K. Moon*
                                                                               NORMAN K. MOON
                                                                               UNITED STATES DISTRICT JUDGE